AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Chinedu Opute | ) | **1:25 CR 00166** |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ ___Chinedu Opute___
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud and Bank Fraud, 18 U.S.C. § 1349
Wire Fraud, 18 U.S.C. §§ 1343 and 2
Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)
Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and 2

Date:     ___04/16/2025___

_Issuing officer's signature_

City and state:     ___Cleveland, Ohio___

_Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ 4/18/2025 , and the person was arrested on _(date)_ 4/29/2025 | | |
| at _(city and state)_ Sandy Springs, GA | | |
| Date: 4/30/2025 | | _Arresting officer's signature_ |
| | | Special Agent Kodi Nordarl |
| | | _Printed name and title_ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. **1:25 CR 00166** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| CHINEDU OPUTE, | ) | Sections 1028A(a)(1), 1343, |
| | ) | 1349, 1956(h), and 2 |
| Defendant. | ) | |
| | ) | **JUDGE BRENNAN** |

GENERAL ALLEGATIONS

At all times material to this Indictment, unless otherwise specified:

1.    Defendant CHINEDU OPUTE, a citizen of the Federal Republic of Nigeria and lawful permanent resident in the United States, resided in or around Sandy Springs, Georgia. From time to time, Defendant used the alias Angel Adames.

2.    Victim 1 was a government body located in Parma Heights, Ohio, in the Northern District of Ohio, Eastern Division.  Victim 1 had an account ending in x7417 with Huntington National Bank (the "Victim 1 Huntington account").

3.    Victim 2 was a commercial construction company located in Bedford, Ohio, in the Northern District of Ohio, Eastern Division.  Victim 2 had an account ending in x9059 with United Community Bank f/k/a Seaside Bank & Trust (the "Victim 2 United account").

4.    Victim 3 was a car dealership located in Everett, Washington.  Victim 3 had an account ending in x0133 at Wells Fargo Bank (the "Victim 3 Wells Fargo account").

5.      Overseas Dry Food Supplier LLC f/k/a Overseas Dry Food Supply LLC ("ODFS") was a limited liability company organized under the laws of the State of Georgia on or about July 15, 2022.  Angel Adames was its listed organizer and registered agent.

6.      JP Morgan Chase & Co. ("Chase") was a U.S.-based financial institution that offered financial services, including PRN bank accounts, to its customers.  A "PRN," or "pass-through," bank account was a virtual wallet product wherein funds briefly "passed through" an established United States-based bank account before entering the true destination account, which was typically that of an online money services business or an overseas entity.

7.      Airwallex US LLC ("Airwallex") was a registered money services business that offered virtual business accounts.  Airwallex purchased PRN accounts from Chase and offered them as a service to Airwallex customers.  Airwallex stored its account information on servers located outside of the United States.

COUNT 1
(Conspiracy to Commit Wire Fraud and Bank Fraud, 18 U.S.C. § 1349)

The Grand Jury charges:

8.      The factual allegations contained in Paragraphs 1 through 7 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

9.      From in or around July 2022 through on or about the date of this Indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHINEDU OPUTE, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other to commit federal fraud offenses, that is, to devise and intend to devise, a scheme and artifice to defraud Victim 1, Victim 2, Victim 3, and others (collectively, the "Victim Entities"), and to obtain money and property, including moneys, funds, and credits under the custody and control of federally insured financial institutions, by

2

means of false and fraudulent pretenses, representations and promises, and (i) for the purpose of

executing and attempting to execute the scheme and artifice to defraud, to cause to be transmitted

by means of wire communication in interstate commerce, writings, signs, signals, pictures and

sounds, in violation of Title 18, United States Code, Section 1343 (Wire Fraud); and (ii) to

knowingly execute, and attempt to execute, the scheme and artifice, in violation of Title 18,

United States Code, Section 1344(2) (Bank Fraud), to wit: to induce the Victim Entities to

transfer funds to accounts controlled by the conspirators, and to cause financial institutions to

transmit funds under their custody and control to the conspirators and their designees, all based

on material misrepresentations and omissions, including the unlawful use of other persons'

identities.

<u>Objects and Purposes of the Conspiracy and Scheme</u>

10.    The objects and purposes of the conspiracy and scheme were to: (1) gain

unauthorized access to email accounts held by individual users of the Victim Entities; (2) defraud

the Victim Entities by requesting payment under materially false and fraudulent pretenses;

(3) prevent detection of the conspiracy; and (4) enrich the conspirators and others.

<u>Manner and Means of the Conspiracy and Scheme</u>

11.    It was part of the conspiracy and scheme that:

a.    Conspirators sought to compromise, and did compromise, email accounts

of businesses, government entities, and other Victim Entities.

b.    Conspirators phished email accounts of individual users within the Victim

Entities to obtain unauthorized access to an individual's email account at a Victim Entity, which

allowed conspirators to monitor the communications of the individual user and learn the Victim

Entity's business practices and contacts.

3

c. Conspirators typically identified a third-party creditor or vendor to which a Victim Entity owed, or would owe, payment and diverted legitimate email communications from that third-party to the individual user's spam folder.

d. Conspirators created an email account with an address that closely resembled the third-party creditor or vendor entity's email address.

e. Conspirators sent a fraudulent email from this new account to the individual user at the Victim Entity, purporting to request payment to the third-party entity.

f. Conspirators typically included in the fraudulent email payment instructions directing funds to PRN bank accounts, which allowed conspirators to conceal their identities and locations and to appear more legitimate to the Victim Entity.

g. Conspirators caused and attempted to cause the Victim Entity to send money as directed to the PRN bank accounts and other bank accounts that the conspirators controlled.

h. Conspirators caused and attempted to cause banks and financial institutions to transfer funds to accounts that the conspirators controlled under false and fraudulent pretenses, including accounts held in the names of real people and synthetic identities.

i. Conspirators quickly disbursed the stolen funds from the accounts into which they were deposited, often by loading them onto pre-paid debit cards that the conspirators controlled but that were in the names of real people and synthetic identities.

j. Conspirators used the fraudulently obtained funds to enrich themselves and their designees, including family members.

4

<u>Acts in Furtherance of the Conspiracy and Scheme</u>

12.     In furtherance of the conspiracy and scheme, and to accomplish the objects and purposes and conceal the existence thereof, a member of the conspiracy committed and caused to be committed, in the Northern District of Ohio, and elsewhere, the following acts, among others:

13.     On or about July 15, 2022, a conspirator, using the alias Angel Adames, registered ODFS as a limited liability company with the Georgia Secretary of State.

14.     On or about December 9, 2022, a conspirator, using the alias Angel Adames, registered the domain www.odfsllc.com with Servicer 1, a company that provided cloud-based web development services.

15.     On or about April 19, 2023, a conspirator, using the alias Angel Adames, registered an Airwallex account ending in x033e1 in the name of ODFS (the "ODFS Airwallex account").

16.     On or about June 6, 2023, the conspirators caused Victim 1 to wire approximately $504,576.01 from the Victim 1 Huntington account to a Chase account ending in x3235.

17.     On or about June 6, 2023, the conspirators caused Chase to transfer approximately $504,576.01 to the ODFS Airwallex account, using the Chase account ending in x3235 as a PRN.

18.     On or about June 6, 2023, the conspirators caused Victim 2 to wire approximately $337,680 from the Victim 2 United account to a Chase account ending in x3235.

19.     On or about June 6, 2023, the conspirators caused Chase to transfer approximately $337,680 to the ODFS Airwallex account, using the Chase account ending in x3235 as a PRN.

20.     On or about June 7, 2023, Defendant and a coconspirator had a videochat in which Defendant showed the coconspirator a second cell phone depicting a chat conversation in

which Defendant and a coconspirator discussed Chase banking information and a Citibank account ending in x0655 in the name of Entity 1.

21.    On or about June 7, 2023, Defendant initiated a transfer of approximately $98,644.56 from the ODFS Airwallex account to a Citibank account ending in x0655 in the name of Entity 1 with the description "goods_purchased INVOICE 23052."

22.    On or about the dates listed below, Defendant and a coconspirator sent the following WhatsApp messages, each such message constituting an act in furtherance:

|   | Date | Sender | Recipient | Description |
|---|------|--------|-----------|-------------|
| a | June 8, 2023 | Coconspirator | Defendant | "Send me screenshot" |
| b | June 8, 2023 | Coconspirator | Defendant | "Send account you want us to use" |

23.    On or about June 13, 2023, the conspirators caused Victim 3 to wire approximately $250,000 from the Victim 3 Wells Fargo account to a Chase account ending in x0865.

24.    On or about June 13, 2023, the conspirators caused Chase to transfer approximately $250,000 to the ODFS Airwallex account, using the Chase account ending in x0865 as a PRN.

25.    On or about June 15, 2023, the conspirators caused Victim 1 to attempt to wire approximately $469,200 from the Victim 1 Huntington account to a Trustmark National Bank account ending in x8057, which wire was stopped.

26.    On or about the dates listed below, Defendant initiated the following transfers of funds from the ODFS Airwallex account to Pathward pre-paid debit cards in the names, amounts, and with the descriptions set forth below, each such transfer constituting a separate act in furtherance:

|   | Date | Amount | Description | Name |
|---|------|--------|-------------|------|
| a | June 7, 2023 | $8,654.19 | freight odfs payment | G.H. |

|    | Date         | Amount     | Description                          | Name   |
|----|--------------|------------|--------------------------------------|--------|
| b  | June 7, 2023 | $7,936.34  | freight Odfs Payment                 | C.J.   |
| c  | June 7, 2023 | $8,534.29  | freight odfs payment                 | I.G.   |
| d  | June 7, 2023 | $4,670.50  | wages_salary odfs payment            | J.B.   |
| e  | June 7, 2023 | $8,718.12  | freight odfs                         | J.M    |
| f  | June 7, 2023 | $8,525.13  | freight odfs payment                 | T.J.3  |
| g  | June 7, 2023 | $9,363.12  | freight odfs payment                 | C.D.   |
| h  | June 7, 2023 | $9,440.00  | freight Invoice 7362                 | A.F.   |
| i  | June 7, 2023 | $9,312.50  | freight odfs                         | S.N.   |
| j  | June 7, 2023 | $5,093.10  | wages_salary odfs payment            | J.R.   |
| k  | June 7, 2023 | $9,123.50  | freight odfs payement                | G.G.   |
| l  | June 7, 2023 | $9,729.56  | freight odfs payment                 | R.B.   |
| m  | June 7, 2023 | $9,434.50  | freight odfs Payment                 | S.D.   |
| n  | June 7, 2023 | $6,428.10  | wages_salary Odfs Payment            | L.M.   |
| o  | June 7, 2023 | $8,500.00  | freight Invoice 6570                 | K.V.   |
| p  | June 7, 2023 | $9,543.12  | wages_salary Odfsllc April payment   | P.M.   |
| q  | June 7, 2023 | $5,102.12  | wages_salary Odfs Payment            | W.W.   |
| r  | June 7, 2023 | $9,432.34  | freight odfs                         | K.S.2  |
| s  | June 7, 2023 | $7,625.50  | wages_salary Odfs payment            | T.W.   |
| t  | June 7, 2023 | $4,984.12  | wages_salary Odfs Payment            | Z.R.   |
| u  | June 7, 2023 | $9,101.59  | wages_salary Odfs payment            | M.K.   |
| v  | June 7, 2023 | $8,196.89  | freight odfs payment                 | C.C.2  |
| w  | June 7, 2023 | $6,470.10  | wages_salary Odfs May Payment        | M.M.   |
| x  | June 7, 2023 | $4,816.76  | wages_salary Odfs pay                | D.R.   |
| y  | June 7, 2023 | $9,672.21  | freight Odfs payment                 | L.R.   |
| z  | June 7, 2023 | $8,114.13  | wages_salary odfs May Payment        | W.T.   |
| aa | June 7, 2023 | $4,539.10  | wages_salary odfs payment            | L.E.   |
| bb | June 7, 2023 | $9,100.12  | freight Odfs Payment                 | B.M.2  |
| cc | June 7, 2023 | $5,372.19  | wages_salary odfs payment            | P.W.   |
| dd | June 7, 2023 | $7,612.10  | wages_salary Odfs Payment            | D.H.   |
| ee | June 7, 2023 | $6,000.12  | freight Odfs payment                 | A.W.   |
| ff | June 7, 2023 | $6,500.00  | freight Odfs payment                 | D.M.3  |
| gg | June 7, 2023 | $8,928.12  | freight odfs                         | T.T.   |
| hh | June 7, 2023 | $9,938.23  | freight Odfs Payment                 | D.J.2  |
| ii | June 7, 2023 | $9,673.32  | freight odfs payment                 | P.M.   |
| jj | June 7, 2023 | $5,121.50  | wages_salary Odfs Payment            | C.C.   |
| kk | June 7, 2023 | $7,616.78  | freight Oddf payment                 | S.D.2  |
| ll | June 7, 2023 | $5,220.00  | wages_salary Odfs Payment            | T.J.   |
| mm | June 7, 2023 | $9,800.50  | freight odfs payment                 | J.F.   |
| nn | June 7, 2023 | $7,379.23  | freight odfs payment                 | N.G.   |
| oo | June 7, 2023 | $8,266.20  | freight ODFS PAYMENT                 | B.M.   |

| | Date | Amount | Description | Name |
|---|---|---|---|---|
| pp | June 7, 2023 | $7,983.12 | other_services 0dfs payment | R.H. |
| qq | June 7, 2023 | $6,200.00 | wages_salary Odfs Payment | L.W. |
| rr | June 7, 2023 | $4,637.60 | wages_salary odfs payement | D.W. |
| ss | June 7, 2023 | $8,726.10 | freight Odfs payment | E.B. |
| tt | June 7, 2023 | $7,102.12 | wages_salary Odfs Payment | N.P. |
| uu | June 7, 2023 | $5,602.00 | wages_salary odfs payment | N.D. |
| vv | June 7, 2023 | $6,502.10 | wages_salary Odfs May payment | R.M. |
| ww | June 7, 2023 | $8,736.68 | freight odfs payment | K.J. |
| xx | June 7, 2023 | $9,102.12 | freight odfs payment | D.T. |
| yy | June 7, 2023 | $8,121.20 | wages_salary Odfs payment | D.P. |
| zz | June 7, 2023 | $8,622.20 | freight odsf payment | D.M. |
| aaa | June 7, 2023 | $9,000.00 | freight odfs payment | K.B. |
| bbb | June 7, 2023 | $9,453.21 | freight odfs payment | D.J. |
| ccc | June 7, 2023 | $8,736.10 | freight odfs payment | A.J. |
| ddd | June 10, 2023 | $9,164.70 | freight odfs | T.E. |
| eee | June 10, 2023 | $8,940.23 | freight odfs paymenyts | G.P. |
| fff | June 10, 2023 | $8,987.23 | freight ODFS PAYMENT | J.C. |
| ggg | June 10, 2023 | $8,239.34 | freight ODFS PAYMENT | L.P. |
| hhh | June 10, 2023 | $8,477.43 | freight ODFS PAYMENT | K.L. |
| iii | June 10, 2023 | $9,832.45 | freight ODFS PAYMENTS | D.M.2 |
| jjj | June 10, 2023 | $9,473.30 | freight ODFS PAYMENT | E.S. |
| kkk | June 10, 2023 | $8,732.23 | freight odfs payment | C.A. |
| lll | June 10, 2023 | $7,950.12 | freight ODFS PAYMENT | V.W. |
| mmm | June 10, 2023 | $9,832.00 | freight ODFS PAYMENTS | J.D. |
| nnn | June 10, 2023 | $8,921.56 | freight odfs payment | J.O. |
| ooo | June 10, 2023 | $9,832.00 | freight ODFFS PAYMENTS | J.M.2 |
| ppp | June 10, 2023 | $9,891.62 | freight ODFS PAYMEMT | E.H. |
| qqq | June 10, 2023 | $9,366.12 | freight ODFS PAYMENTS | D.M. |
| rrr | June 10, 2023 | $9,487.67 | freight ODFS PAYMENT | B.S. |
| sss | June 19, 2023 | $5,000.10 | wages_salary ODFS PAYMENTS | M.M. |
| ttt | June 19, 2023 | $4,980.10 | wages_salary ODFS PAYMENT | N.G. |
| uuu | June 19, 2023 | $5,012.00 | wages_salary ODFS PAYMENTS | D.H. |
| vvv | June 19, 2023 | $5,000.00 | wages_salary ODFS PAYMENTS | T.W. |
| www | June 20, 2023 | $9,893.53 | wages_salary ODFS PAYMENT | C.C.2 |
| xxx | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | P.W. |
| yyy | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | E.B. |
| zzz | June 20, 2023 | $5,000.00 | wages_salary odfsllc | J.B. |
| aaaa | June 20, 2023 | $5,000.00 | wages_salary odfsllc | J.R. |
| bbbb | June 20, 2023 | $4,984.21 | wages_salary odfs llc payment | D.W. |
| cccc | June 20, 2023 | $9,798.21 | freight ODFS PAYMENT | D.P. |

|  | Date | Amount | Description | Name |
|---|---|---|---|---|
| dddd | June 20, 2023 | $4,809.17 | wages_salary odfspayment | L.M. |
| eeee | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | T.T. |
| ffff | June 20, 2023 | $5,000.00 | wages_salary odfsllc | I.G. |
| gggg | June 20, 2023 | $4,986.00 | wages_salary odfsllc payment | G.H. |
| hhhh | June 20, 2023 | $5,000.00 | wages_salary odfsllc | L.W. |
| iiii | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | L.E. |
| jjjj | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | G.G. |
| kkkk | June 20, 2023 | $4,989.01 | wages_salary odfsllc payment | N.P. |
| llll | June 20, 2023 | $9,084.12 | freight ODFS PAYMENT | Z.R. |
| mmmm | June 20, 2023 | $4,987.12 | wages_salary odfsllc payment | K.B. |
| nnnn | June 20, 2023 | $4,989.12 | wages_salary odfsllc payment | R.M. |
| oooo | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | T.J. |
| pppp | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | A.J. |
| qqqq | June 20, 2023 | $4,983.00 | wages_salary odfsllc | W.W. |
| rrrr | June 20, 2023 | $4,987.00 | wages_salary odfsllc payment | K.V. |
| ssss | June 20, 2023 | $4,989.00 | wages_salary odfsllcpayment | R.B. |
| tttt | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | A.W. |
| uuuu | June 20, 2023 | $5,000.00 | wages_salary | S.D.2 |
| vvvv | June 20, 2023 | $5,000.00 | wages_salary odfsllc | D.R. |
| wwww | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | A.F. |
| xxxx | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | S.D. |
| yyyy | June 20, 2023 | $4,985.00 | wages_salary odfsllc | D.M.3 |
| zzzz | June 20, 2023 | $9,358.12 | wages_salary ODFSLLC | W.T. |
| aaaaa | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | M.K. |
| bbbbb | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | D.T. |
| ccccc | June 20, 2023 | $5,000.00 | wages_salary odfsllc payment | N.D. |
| ddddd | June 20, 2023 | $5,000.00 | wages_salary odfsllc | C.C. |
| eeeee | June 20, 2023 | $5,000.00 | wages_salary odfsllc | S.N. |

27.    On or about the dates listed below, Defendant initiated the following transfers of

funds from the ODFS Airwallex account to Central Bank of Kansas pre-paid debit cards in the

names, amounts, and with the descriptions set forth below, each such transfer constituting a

separate act in furtherance:

|  | Date | Amount | Description | Name |
|---|---|---|---|---|
| a | June 20, 2023 | $5,000.00 | wages_salary WAGES | K.J. |
| b | June 20, 2023 | $4,988.12 | wages_salary WAGES | G.H. |
| c | June 20, 2023 | $5,000.12 | wages_salary WAGES | A.W. |

28.    On or about the dates listed below, Defendant and a coconspirator sent the following WhatsApp messages, each such message constituting a separate act in furtherance:

| | Date | Sender | Recipient | Text or Description |
|---|---|---|---|---|
| a | June 20, 2023 | Coconspirator | Defendant | "Need drop for Ach(open) for 800k due on 27th so I wan run am early enough. . . Yankee 2 yankee" [discussion about anticipating an $800,000 deposit transferred between U.S.-based banks] |
| b | June 20, 2023 | Defendant | Coconspirator | "Let's run" |
| c | June 20, 2023 | Defendant | Coconspirator | "I guarantee you" |
| d | June 20, 2023 | Coconspirator | Defendant | "Send full details" |
| e | June 20, 2023 | Coconspirator | Defendant | "Bank name , Ach routing, Account number and bank address" |
| f | June 21, 2023 | Defendant | Coconspirator | Screenshot depicting account details for Chase account ending in x0865 in the name of ODFS |
| g | June 23, 2023 | Defendant | Coconspirator | "To account closed" |
| h | June 23, 2023 | Defendant | Coconspirator | "This morning" |
| i | June 23, 2023 | Defendant | Coconspirator | "Will have to past u another" |
| j | June 23, 2023 | Defendant | Coconspirator | Same text as immediately above accompanied by screenshot depicting account details for "[Entity 2]" account ending in x5845 at Chase |
| k | June 23, 2023 | Defendant | Coconspirator | "Use this one" |
| l | June 23, 2023 | Coconspirator | Defendant | "Ok" |

All in violation of Title 18, United States Code, Section 1349.

COUNTS 2-3
(Wire Fraud, 18 U.S.C. §§ 1343 and 2)

The Grand Jury further charges:

29.    The factual allegations contained in Count 1 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

30.    On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHINEDU OPUTE, aiding and abetting others known and unknown to the Grand Jury, having devised and intended to devise the foregoing scheme and

10

artifice to defraud, and to obtain money and property by means of materially false and fraudulent

pretenses, representations, and promises, for the purpose of executing the foregoing scheme and

artifice to defraud, and attempting to do so, knowingly caused to be transmitted the following

writings, signs, signals, pictures, and sounds by means of wire communications in interstate

commerce, to wit, the following wire transfers of funds from victims in the Northern District of

Ohio, processed through Chase bank account ending in x3235 located outside of the state of

Ohio, to the ODFS Airwallex account ending in x033e1 located outside of the United States,

each transmission constituting a separate count of this Indictment:

| Count | Date | Description | Originating/Location |
|-------|------|-------------|----------------------|
| 2 | June 6, 2023 | Wire transfer of $504,576.01 from Victim 1 | Huntington bank account ending in x7417 in Parma Heights, OH |
| 3 | June 6, 2023 | Wire transfer of $337,680 from Victim 2 | United bank account ending in x9059 in Bedford, OH |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 4
(Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))

The Grand Jury further charges:

31.    The factual allegations contained in Count 1 of the Indictment are re-alleged and

incorporated by reference as if fully set forth herein.

32.    From in or around June 2023 through on or about the date of this Indictment, in

the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHINEDU OPUTE,

and others known and unknown to the Grand Jury, did knowingly and intentionally combine,

conspire, confederate and agree with each other to commit an offense against the United States in

violation of Title 18, United States Code, Section 1956, to wit: knowingly conducting and

attempting to conduct financial transactions affecting interstate and foreign commerce, which

11

involved the proceeds of specified unlawful activity, to wit: Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## Acts in Furtherance of the Conspiracy

33.    In furtherance of the conspiracy, and to accomplish the objects and conceal the existence thereof, a member of the conspiracy committed and caused to be committed, in the Northern District of Ohio, and elsewhere, the following acts, among others:

34.    On or about the following dates, a conspirator withdrew funds using pre-paid Pathward debit cards in the names, amounts, and at the bank ATMs set forth below, each such withdrawal constituting a separate act in furtherance:

|   | Date | Amount | Bank ATM | Account Name |
|---|------|--------|----------|--------------|
| a | June 8, 2023 | $982.50 | Wells Fargo | A.F. |
| b | June 8, 2023 | $982.50 | Wells Fargo | D.T. |
| c | June 8, 2023 | $982.50 | Wells Fargo | G.G. |
| d | June 8, 2023 | $982.50 | Wells Fargo | G.H. |
| e | June 8, 2023 | $983.00 | Wells Fargo | J.B. |
| f | June 8, 2023 | $983.00 | Bank of America | J.M. |
| g | June 8, 2023 | $982.50 | Wells Fargo | K.J. |
| h | June 8, 2023 | $983.00 | Wells Fargo | L.E. |
| i | June 8, 2023 | $983.00 | Wells Fargo | R.B. |
| j | June 9, 2023 | $983.00 | Wells Fargo | A.F. |
| k | June 9, 2023 | $983.00 | Wells Fargo | D.T. |
| l | June 9, 2023 | $983.00 | Wells Fargo | G.G. |
| m | June 9, 2023 | $983.00 | Wells Fargo | G.H. |
| n | June 9, 2023 | $983.00 | Wells Fargo | J.B. |

|  | Date | Amount | Bank ATM | Account Name |
|---|---|---|---|---|
| o | June 9, 2023 | $983.00 | Wells Fargo | J.M. |
| p | June 9, 2023 | $983.00 | Wells Fargo | K.J. |
| q | June 9, 2023 | $983.00 | Wells Fargo | L.E. |
| r | June 9, 2023 | $983.00 | Wells Fargo | R.B. |
| s | June 10, 2023 | $983.00 | Wells Fargo | A.F. |
| t | June 10, 2023 | $983.00 | Wells Fargo | D.T. |
| u | June 10, 2023 | $983.00 | Wells Fargo | G.G. |
| v | June 10, 2023 | $983.00 | Wells Fargo | G.H. |
| w | June 10, 2023 | $983.00 | Wells Fargo | J.B. |
| x | June 10, 2023 | $983.00 | Wells Fargo | J.M. |
| y | June 10, 2023 | $983.00 | Wells Fargo | K.J. |
| z | June 10, 2023 | $983.00 | Wells Fargo | L.E. |
| aa | June 10, 2023 | $983.00 | Wells Fargo | R.B. |
| bb | June 11, 2023 | $983.00 | Wells Fargo | A.F. |
| cc | June 11, 2023 | $983.00 | Wells Fargo | G.G. |
| dd | June 11, 2023 | $983.00 | Wells Fargo | G.H. |
| ee | June 11, 2023 | $983.00 | Wells Fargo | J.B. |
| ff | June 11, 2023 | $983.00 | Wells Fargo | J.M. |
| gg | June 11, 2023 | $983.00 | Wells Fargo | K.J. |
| hh | June 11, 2023 | $983.00 | Wells Fargo | R.B. |
| ii | June 12, 2023 | $983.00 | Wells Fargo | D.T. |
| jj | June 12, 2023 | $983.00 | Wells Fargo | L.E. |
| kk | June 13, 2023 | $983.00 | Wells Fargo | A.F. |
| ll | June 13, 2023 | $983.00 | Wells Fargo | D.T. |
| mm | June 13, 2023 | $983.00 | Wells Fargo | E.H. |
| nn | June 13, 2023 | $983.00 | Wells Fargo | G.G. |
| oo | June 13, 2023 | $983.00 | Wells Fargo | G.H. |
| pp | June 13, 2023 | $703.00 | Bank of America | J.B. |
| qq | June 13, 2023 | $983.00 | Wells Fargo | J.M. |
| rr | June 13, 2023 | $983.00 | Wells Fargo | K.J. |
| ss | June 13, 2023 | $583.00 | Bank of America | L.E. |
| tt | June 13, 2023 | $983.00 | Wells Fargo | M.D. |
| uu | June 13, 2023 | $983.00 | Wells Fargo | R.B. |
| vv | June 13, 2023 | $983.00 | Wells Fargo | T.C. |
| ww | June 14, 2023 | $983.00 | Wells Fargo | A.F. |
| xx | June 14, 2023 | $983.00 | Wells Fargo | D.T. |
| yy | June 14, 2023 | $983.00 | Wells Fargo | E.H. |
| zz | June 14, 2023 | $983.00 | Wells Fargo | G.G. |
| aaa | June 14, 2023 | $983.00 | Wells Fargo | G.H. |
| bbb | June 14, 2023 | $983.00 | Wells Fargo | J.M. |

|      | Date          | Amount   | Bank ATM        | Account Name |
|------|---------------|----------|-----------------|--------------|
| ccc  | June 14, 2023 | $983.00  | Wells Fargo     | K.J.         |
| ddd  | June 14, 2023 | $983.00  | Wells Fargo     | M.D.         |
| eee  | June 14, 2023 | $983.00  | Wells Fargo     | R.B.         |
| fff  | June 14, 2023 | $983.00  | Wells Fargo     | T.C.         |
| ggg  | June 15, 2023 | $983.00  | Bank of America | A.F.         |
| hhh  | June 15, 2023 | $982.50  | Wells Fargo     | D.T.         |
| iii  | June 15, 2023 | $983.00  | Wells Fargo     | E.H.         |
| jjj  | June 15, 2023 | $983.00  | Bank of America | G.G.         |
| kkk  | June 15, 2023 | $983.00  | Bank of America | G.H.         |
| lll  | June 15, 2023 | $983.00  | Wells Fargo     | J.M.         |
| mmm  | June 15, 2023 | $983.00  | Wells Fargo     | K.J.         |
| nnn  | June 15, 2023 | $983.00  | Wells Fargo     | M.D.         |
| ooo  | June 15, 2023 | $983.00  | Bank of America | R.B.         |
| ppp  | June 15, 2023 | $983.00  | Bank of America | T.C.         |
| qqq  | June 16, 2023 | $983.00  | Wells Fargo     | A.F.         |
| rrr  | June 16, 2023 | $983.00  | Bank of America | D.T.         |
| sss  | June 16, 2023 | $982.50  | Wells Fargo     | G.G.         |
| ttt  | June 16, 2023 | $982.50  | Wells Fargo     | G.H.         |
| uuu  | June 16, 2023 | $983.00  | Wells Fargo     | J.M.         |
| vvv  | June 16, 2023 | $983.00  | Wells Fargo     | K.J.         |
| www  | June 16, 2023 | $982.50  | Wells Fargo     | R.B.         |
| xxx  | June 16, 2023 | $983.00  | Wells Fargo     | T.C.         |
| yyy  | June 17, 2023 | $983.00  | Wells Fargo     | A.F.         |
| zzz  | June 17, 2023 | $983.00  | Wells Fargo     | D.T.         |
| aaaa | June 17, 2023 | $983.00  | Wells Fargo     | E.H.         |
| bbbb | June 17, 2023 | $983.00  | Wells Fargo     | G.G.         |
| cccc | June 17, 2023 | $763.00  | Wells Fargo     | G.H.         |
| dddd | June 17, 2023 | $983.00  | Wells Fargo     | M.D.         |
| eeee | June 17, 2023 | $983.00  | Wells Fargo     | R.B.         |
| ffff | June 17, 2023 | $983.00  | Wells Fargo     | T.C.         |
| gggg | June 18, 2023 | $983.00  | Wells Fargo     | E.H.         |
| hhhh | June 18, 2023 | $983.00  | Wells Fargo     | M.D.         |
| iiii | June 19, 2023 | $563.00  | Wells Fargo     | A.F.         |
| jjjj | June 19, 2023 | $223.00  | Wells Fargo     | D.T.         |
| kkkk | June 19, 2023 | $983.00  | Wells Fargo     | E.H.         |
| llll | June 19, 2023 | $243.00  | Wells Fargo     | G.G.         |
| mmmm | June 19, 2023 | $983.00  | Wells Fargo     | M.D.         |
| nnnn | June 19, 2023 | $843.00  | Wells Fargo     | R.B.         |
| oooo | June 19, 2023 | $982.50  | Wells Fargo     | T.C.         |
| pppp | June 20, 2023 | $983.00  | Wells Fargo     | E.H.         |

|        | Date          | Amount   | Bank ATM        | Account Name |
|--------|---------------|----------|-----------------|--------------|
| qqqq   | June 20, 2023 | $983.00  | Wells Fargo     | M.D.         |
| rrrr   | June 20, 2023 | $982.50  | Wells Fargo     | T.C.         |
| ssss   | June 21, 2023 | $983.00  | Wells Fargo     | A.F.         |
| tttt   | June 21, 2023 | $983.00  | Wells Fargo     | D.T.         |
| uuuu   | June 21, 2023 | $983.00  | Wells Fargo     | E.H.         |
| vvvv   | June 21, 2023 | $983.00  | Wells Fargo     | G.G.         |
| wwww   | June 21, 2023 | $983.00  | Wells Fargo     | G.H.         |
| xxxx   | June 21, 2023 | $983.00  | Wells Fargo     | J.B.         |
| yyyy   | June 21, 2023 | $823.00  | Wells Fargo     | J.M.         |
| zzzz   | June 21, 2023 | $843.00  | Wells Fargo     | K.J.         |
| aaaaa  | June 21, 2023 | $983.00  | Wells Fargo     | L.E.         |
| bbbbb  | June 21, 2023 | $983.00  | Wells Fargo     | M.D.         |
| ccccc  | June 21, 2023 | $983.00  | Wells Fargo     | R.B.         |
| ddddd  | June 21, 2023 | $983.00  | Wells Fargo     | T.C.         |
| eeeee  | June 22, 2023 | $983.00  | Bank of America | A.F.         |
| fffff  | June 22, 2023 | $983.00  | Bank of America | D.T.         |
| ggggg  | June 22, 2023 | $983.00  | Wells Fargo     | E.H.         |
| hhhhh  | June 22, 2023 | $983.00  | Bank of America | G.G.         |
| iiiii  | June 22, 2023 | $983.00  | Bank of America | G.H.         |
| jjjjj  | June 22, 2023 | $983.00  | Bank of America | J.B.         |
| kkkkk  | June 22, 2023 | $983.00  | Bank of America | L.E.         |
| lllll  | June 22, 2023 | $983.00  | Wells Fargo     | M.D.         |
| mmmmm  | June 22, 2023 | $983.00  | Wells Fargo     | R.B.         |
| nnnnn  | June 22, 2023 | $983.00  | Wells Fargo     | T.C.         |
| ooooo  | June 23, 2023 | $983.00  | Wells Fargo     | A.F.         |
| ppppp  | June 23, 2023 | $983.00  | Wells Fargo     | D.T.         |
| qqqqq  | June 23, 2023 | $983.00  | Wells Fargo     | E.H.         |
| rrrrr  | June 23, 2023 | $983.00  | Wells Fargo     | G.G.         |
| sssss  | June 23, 2023 | $983.00  | Wells Fargo     | G.H.         |
| ttttt  | June 23, 2023 | $983.00  | Wells Fargo     | J.B.         |
| uuuuu  | June 23, 2023 | $983.00  | Wells Fargo     | L.E.         |
| vvvvv  | June 23, 2023 | $983.00  | Wells Fargo     | M.D.         |
| wwwww  | June 23, 2023 | $983.00  | Wells Fargo     | R.B.         |
| xxxxx  | June 23, 2023 | $983.00  | Wells Fargo     | T.C.         |
| yyyyy  | June 23, 2023 | $983.00  | Wells Fargo     | T.M.         |
| zzzzz  | June 24, 2023 | $983.00  | Wells Fargo     | A.F.         |
| aaaaaa | June 24, 2023 | $983.00  | Bank of America | D.T.         |
| bbbbbb | June 24, 2023 | $23.00   | Wells Fargo     | E.H.         |
| cccccc | June 24, 2023 | $983.00  | Wells Fargo     | G.G.         |
| dddddd | June 24, 2023 | $983.00  | Wells Fargo     | G.H.         |

| | Date | Amount | Bank ATM | Account Name |
|---|---|---|---|---|
| eeeeee | June 24, 2023 | $983.00 | Bank of America | J.B. |
| ffffff | June 24, 2023 | $983.00 | Wells Fargo | L.E. |
| gggggg | June 24, 2023 | $73.00 | Wells Fargo | M.D. |
| hhhhhh | June 24, 2023 | $983.00 | Wells Fargo | R.B. |
| iiiiii | June 24, 2023 | $983.00 | Wells Fargo | T.C. |
| jjjjjj | June 24, 2023 | $983.00 | Wells Fargo | T.M. |
| kkkkkk | June 25, 2023 | $983.00 | Bank of America | A.F. |
| llllll | June 25, 2023 | $983.00 | Wells Fargo | D.T. |
| mmmmmm | June 25, 2023 | $983.00 | Wells Fargo | G.G. |
| nnnnnn | June 25, 2023 | $983.00 | Wells Fargo | G.H. |
| oooooo | June 25, 2023 | $983.00 | Wells Fargo | J.B. |
| pppppp | June 25, 2023 | $983.00 | Wells Fargo | L.E. |
| qqqqqq | June 25, 2023 | $983.00 | Wells Fargo | R.B. |
| rrrrrr | June 27, 2023 | $983.00 | Wells Fargo | T.C. |
| ssssss | June 27, 2023 | $983.00 | Wells Fargo | T.M. |
| tttttt | June 28, 2023 | $983.00 | Wells Fargo | T.C. |
| uuuuuu | June 28, 2023 | $983.00 | Bank of America | T.M. |
| vvvvvv | June 29, 2023 | $983.00 | Wells Fargo | T.C. |
| wwwwww | June 29, 2023 | $983.00 | Wells Fargo | T.M. |
| xxxxxx | June 30, 2023 | $983.00 | Wells Fargo | T.C. |
| yyyyyy | June 30, 2023 | $983.00 | Wells Fargo | T.M. |
| zzzzzz | July 1, 2023 | $983.00 | Wells Fargo | T.C. |
| aaaaaaa | July 1, 2023 | $983.00 | Wells Fargo | T.M. |
| bbbbbbb | July 2, 2023 | $983.00 | Wells Fargo | C.R. |
| ccccccc | July 2, 2023 | $983.00 | Wells Fargo | T.C. |
| ddddddd | July 2, 2023 | $563.00 | Wells Fargo | T.M. |
| eeeeeee | July 5, 2023 | $983.00 | Bank of America | C.R. |
| fffffff | July 5, 2023 | $983.00 | Bank of America | T.C. |
| ggggggg | July 7, 2023 | $983.00 | Wells Fargo | C.R. |
| hhhhhhh | July 7, 2023 | $983.00 | Wells Fargo | T.C. |
| iiiiiii | July 9, 2023 | $983.00 | Wells Fargo | C.R. |
| jjjjjjj | July 9, 2023 | $393.00 | Wells Fargo | T.C. |
| kkkkkkk | July 10, 2023 | $983.00 | Wells Fargo | C.R. |
| lllllll | July 12, 2023 | $983.00 | Wells Fargo | C.R. |
| mmmmmmm | July 13, 2023 | $983.00 | Wells Fargo | C.R. |
| nnnnnnn | July 14, 2023 | $982.50 | Wells Fargo | C.R. |
| ooooooo | September 18, 2023 | $63.00 | Wells Fargo | A.F. |
| ppppppp | September 18, 2023 | $63.00 | Wells Fargo | G.G. |
| qqqqqqq | September 18, 2023 | $63.00 | Wells Fargo | L.E. |
| rrrrrrr | September 19, 2023 | $63.00 | Wells Fargo | D.T. |

16

| | Date | Amount | Bank ATM | Account Name |
|---|---|---|---|---|
| sssssss | September 19, 2023 | $43.00 | Wells Fargo | G.H. |
| ttttttt | September 19, 2023 | $83.00 | Wells Fargo | J.B. |
| uuuuuuu | September 19, 2023 | $63.00 | Wells Fargo | R.B. |

35.    On or about the following dates, Defendant withdrew funds at Wells Fargo ATMs using pre-paid Pathward debit cards in the names and amounts set forth below, each such withdrawal constituting a separate act in furtherance:

| | Date | Account Name | Amount |
|---|---|---|---|
| a | November 2, 2023 | T.M. | $983.00 |
| b | November 2, 2023 | J.B. | $903.00 |
| c | November 2, 2023 | C.R. | $583.00 |
| d | November 2, 2023 | J.M. | $503.00 |
| e | November 2, 2023 | G.H. | $233.00 |
| f | November 13, 2023 | A.F. | $983.00 |
| g | November 13, 2023 | C.R. | $983.00 |
| h | November 13, 2023 | G.G. | $983.00 |
| i | November 13, 2023 | J.M. | $983.00 |
| j | November 13, 2023 | T.M. | $983.00 |
| k | November 13, 2023 | J.B. | $943.00 |
| l | November 13, 2023 | D.T. | $773.00 |
| m | November 14, 2023 | K.J. | $983.00 |
| o | November 20, 2023 | D.R. | $983.00 |
| p | November 20, 2023 | G.H. | $983.00 |
| q | November 20, 2023 | K.J. | $983.00 |
| r | November 20, 2023 | L.E. | $983.00 |
| s | November 20, 2023 | M.D. | $983.00 |
| t | November 20, 2023 | R.B. | $983.00 |
| u | November 20, 2023 | E.H. | $982.50 |
| v | November 20, 2023 | T.C. | $982.50 |
| w | November 20, 2023 | C.R. | $722.50 |
| x | November 20, 2023 | T.M. | $332.50 |
| y | November 20, 2023 | A.F. | $152.50 |
| z | November 20, 2023 | J.M. | $142.50 |

All in violation of Title 18, United States Code, Section 1956(h).

COUNTS 5-8
(Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and 2)

The Grand Jury further charges:

36.    The factual allegations contained in Paragraphs 1 through 7 and 9 through 28 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

37.    On or about the dates listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHINEDU OPUTE did knowingly transfer, possess, and use, and did aid and abet the transfer, possession, and use of, a means of identification of another person, without lawful authority, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: Wire Fraud, in violation of Title 18, United States Code, Section 1343, Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), and Conspiracy to Commit Fraud Offense, in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person, to wit: the following transfers of funds from the ODFS Airwallex account to the following Pathward pre-paid debit cards, each transfer, possession, and use constituting a separate count of this Indictment:

| Count | Date | Pathward Card No. | Description | Amount | Name |
|---|---|---|---|---|---|
| 5 | June 7, 2023 | x8703 | wages_salary odfs payment | $4,670.50 | J.B. |
| 6 | June 7, 2023 | x1108 | freight odfs payment | $8,736.68 | K.J. |
| 7 | June 7, 2023 | x7002 | freight odfs payment | $9,102.12 | D.T. |
| 8 | June 10, 2023 | x2405 | freight ODFS payment | $9,891.62 | E.H. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

18

United States v. Chinedu Opute

A TRUE BILL.

_____

FOREPERSON

CAROL M. SKUTNIK
Acting United States Attorney

By: _____

Elliot Morrison
Chief, White Collar Crimes Unit

19